### COLEMAN v. McKNIGHT.

1. Forcible entry and detainer before justices of the peace—Cause taken to the cir. ct. by Certiorari—Judgment of the justices affirmed—The exceptions taken in the cir. ct. to the proceedings before the justices, no where appear on the record—nor does the paper supposed to contain them, appear to have been filed in the cause. Held, that it not appearing upon what matter the cir. ct. decided—its judgment must be taken to be correct.

ON APPEAL from the St. Louis circuit court.

Opinion of the court delivered by WASH, J.

McKnight the defendant in error brought an action of forcible entry and detainer against Coleman the plaintiff in error, to get the possession of a tract of land, and recovered judgment before the justices of the peace, which was taken by Certiorari to the circuit court and was there affirmed. The exceptions which were taken in the circuit court to the regularity of the proceedings before the justices, do not appear in any way upon the record, nor does the paper (which is said by counsel to contain the exceptions taken) appear to have been filed among the papers of the cause. For that it cannot be seen upon what matter the circuit court decided, and that its judgment must be taken to be correct until the contrary be shown, this court do now affirm said judgment.